Richard A. Hoyer (SBN 151931)
rhoyer@hoyerlaw.com
Jennifer E. McGuire (SBN 282704)
jmcguire@hoyerlaw.com
HOYER & HICKS
4 Embarcadero Center, Suite 1400
San Francisco, California 94114
Telephone: (415) 766-3539
Facsimile: (415) 276-1738

Attorneys for Plaintiff
BECKY NGUYEN

MICHAEL W. FOSTER (SBN 127691)
MICHAEL E. WILBUR (SBN 152361)
TAMMY A. BROWN (SBN 172612)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile: (510) 763-5952

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY NGUYEN,<br><br>Plaintiff,<br><br>vs.<br><br>LOCKHEED MARTIN CORPORATION and DOES 1–10,<br><br>Defendant. | Case No. 3:16-cv-3780-NC<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER**<br><br>Date: January 18, 2017<br>Time: 10:00 a.m.<br>Judge: Hon. Nathanael M. Cousins |

The parties to the above-entitled action jointly submit this Joint Case Management Statement regarding developments since the Initial Joint Case Management Statement was submitted to this Court:

Defendant filed an amended answer on October 31, 2016, deleting an affirmative defense and clarifying the status of one of Defendant's business units.

The parties have agreed to use Cynthia Remmers as the mediator in this case and are in the process of selecting one of the dates Ms. Remmers has offered in the second half of February to mediate.

The parties have propounded written discovery and have exchange documents. At this point, there do not appear to be any discovery disputes. The depositions of Plaintiff and key witnesses are being set for the end of January and the beginning of February.

Defendant anticipates filing a motion for summary judgment or, in the alternative, for summary adjudication of issues at the conclusion of discovery should the matter not settle at mediation.

Pursuant to Local Rule 5-1(i)(3) Tammy Brown, the attorney filing this Joint Case Management Conference Statement, attests that concurrence in the filing thereof has been obtained from Jennifer E. McGuire, counsel for Plaintiff.

Date: January 11, 2017

FOSTER EMPLOYMENT LAW

/s/ Tammy A. Brown
Michael W. Foster
Michael E. Wilbur
Tammy A. Brown
Attorney for Defendant
LOCKHEED MARTIN CORPORATION

Date: January 11, 2017

HOYER & HICKS

/s/ Jennifer E. McGuire
Jennifer E. McGuire
Attorney for Plaintiff
BECKY NGUYEN