UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY NGUYEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOCKHEED MARTIN CORPORATION,<br><br>　　　　　Defendant. | Case No. 16-cv-03780-NC<br><br>**JUDGMENT** |

In accordance with the Court's October 2, 2017, order granting defendant Lockheed Martin Corporation's motion for summary judgment, Dkt. No. 66, judgment is entered in favor of Lockheed Martin and against plaintiff Becky Nguyen.

The clerk is ordered to terminate Case No. 16-cv-3780-NC.

**IT IS SO ORDERED.**

Dated: October 2, 2017　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge