Name: BECKY NGUYEN
Address: 2367 SHORESIDE ST.
City, State, Zip: SANTA CLARA, CA 95054
Phone: (408) 425-3930
Fax:
E-Mail: BECKYBNGUYEN@GMAIL.COM

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☐ Retained

**FILED**
OCT 06 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

b/c
for people

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BECKY NGUYEN
PLAINTIFF(S),
v.
LOCKHEED MARTIN CORP
DEFENDANT(S).

CASE NUMBER: 16-CV-03780-NC

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that ____BECKY NGUYEN____ hereby appeals to
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify): ORDER GRANTING LOCKHEED MARTIN MOTION FOR SUMMARY JUDGMENT

☒ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____. Entered on the docket in this action on _____.

A copy of said judgment or order is attached hereto.

Date: 10/6/2017
Signature: [signature]
☒ Appellant/ProSe  ☐ Counsel for Appellant  ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                    NOTICE OF APPEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY NGUYEN,<br><br>    Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION,<br><br>    Defendant. | Case No. 16-cv-03780-NC<br><br>**JUDGMENT** |

In accordance with the Court's October 2, 2017, order granting defendant Lockheed Martin Corporation's motion for summary judgment, Dkt. No. 66, judgment is entered in favor of Lockheed Martin and against plaintiff Becky Nguyen.

The clerk is ordered to terminate Case No. 16-cv-3780-NC.

**IT IS SO ORDERED.**

Dated: October 2, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge