UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 5 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BECKY NGUYEN,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION,<br><br>    Defendant-Appellee. | No. 17-17027<br><br>D.C. No. 5:16-cv-03780-NC<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

Nguyen's petition for panel rehearing (Docket Entry No. 11) is denied.

No further filings will be entertained in this closed case.