UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 13 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BECKY NGUYEN,

        Plaintiff - Appellant,

v.

LOCKHEED MARTIN CORPORATION,

        Defendant - Appellee.

No. 17-17027

D.C. No. 5:16-cv-03780-NC
U.S. District Court for Northern California, San Jose

**MANDATE**

      The judgment of this Court, entered February 22, 2018, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7